JS-6

1  **GIBEAUT, MAHAN & BRISCOE**
   GARY ROBERT GIBEAUT, ESQ., SBN: 70951
2  NANCY MAHAN-LAMB, ESQ., SBN: 117997
   JOHN W. ALLEN, ESQ. SBN: 137496
3  6701 Center Drive West, Suite 611
   Los Angeles, California 90045
4  Telephone:   (310) 410-2020  Facsimile: (310) 410-2010

5  DEBRA K. FERDMAN, ESQ., SBN: 204637
   **MILLER, BROWN & DANNIS**
6  301 E. Ocean Boulevard, Suite 1750
   Long Beach, California 90802
7  Telephone:  (562) 366-8500 Facsimile:  (562) 366-8505

8  Attorneys for Defendant
   LONG BEACH UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.K., a minor, by and through his Guardians ad litem, RICK K. and KATHY K; RICK K. on his own behalf; and KATHY K., on her own behalf.<br><br>Plaintiffs,<br><br>vs.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | **CASE NO.:  08-CV-02213-GAF (VBKX)**<br>*[Assigned to the Hon. Gary A. Feess, Courtroom 740]*<br><br>**JUDGMENT** |

The Court, having entered its findings of fact and conclusions of law on January 13, 2009, hereby orders JUDGMENT entered in favor of defendant, LONG BEACH UNIFIED SCHOOL DISTRICT, and against plaintiffs, M.K., a minor, by and through his Guardians ad litem, RICK K. and KATHY K.; RICK K. on his own behalf; and KATHY K., on her own behalf.

DATED: January 21, 2009

_____
GARY ALLEN FEESS
United States District Judge

- 1 -
**JUDGMENT**

CV08-02213 GAF (VBKx)